# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PHYLLIS EMMONS, | ) |
| | ) CASE NO. 1:16-cv-2458-TWP-MJD |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SVC MANUFACTURING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, costs paid.

SO ORDERED

Date: 1/23/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution via the Court's electronic notification system to all counsel of record.

LR00402.0641013   4851-5997-6768v1